UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANTONIO GROSS, JR., ET AL

        Plaintiff(s)        ORDER TO SHOW CAUSE

        vs        07-Cv-6142T

PHIL SACCHITELLA, INDIVIDUALLY AND IN
HIS CAPACITY AS PARENT AND NATURAL
GUARDIAN OF DIANE SACCHITELLA, A MINOR,
ET AL

        Defendant(s)

---

Pursuant to Local Rule 41.2 of this Court, you are hereby Ordered to Show Cause in writing before May 8, 2008 why this case should not be dismissed for failure to prosecute. Failure to comply with this order will result in the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(b).

        RODNEY C. EARLY
        Clerk of Court
        Western District of New York
        2120 U.S. Courthouse
        100 State Street
        Rochester, NY 14614

Dated:    Rochester, New York
        April 8, 2008

TO:    ALL PARTIES and COUNSEL