1AO 450 (Rev. 5/85) Judgment in a Civil CASE

## UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

ANTONIO GROSS, JR., ET AL.,

                                            **JUDGMENT IN A CIVIL CASE**

                   **Plaintiff(s)**

V.

**PHIL SACCHITELLA, Individually and in his capacity as Parent and Natural Guardian of Diane Sacchitella a minor, ET AL.,**

                   **Defendant(s)**     CASE NUMBER: 07-CV-6142

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to prosecute.

May 20, 2008                                            RODNEY C. EARLY
Date                                                             Clerk

                                                                                                   s/Tricia M. O'Fray
                                                                                                   (BY) TRICIA M. O' FRAY
                                                                                                   Deputy Clerk